# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
GROSIC, MIRSAD § Case No. 11-43026 PSH
GROSIC, SAMKA §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on           . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/RONALD R. PETERSON_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-43026 | Judge: PAMELA S. HOLLIS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | GROSIC, MIRSAD | | | Date Filed (f) or Converted (c): | 10/24/11 (f) |
| | GROSIC, SAMKA | | | 341(a) Meeting Date: | 11/21/11 |
| For Period Ending: | 10/17/13 | | | Claims Bar Date: | 01/15/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Chase checking account for Grosic Inc., 1319 | 808.09 | 0.00 | | 0.00 | 0.00 | 0.00 | 808.09 |
| 2. Chase checking account, 2039. | 608.25 | 0.00 | | 0.00 | 0.00 | 0.00 | 608.25 |
| 3. Chase checking account, 5039 | 57.29 | 0.00 | | 0.00 | 0.00 | 0.00 | 57.29 |
| 4. Miscellaneous household items. | 250.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 250.00 |
| 5. Debtors' wardrobes. | 200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 200.00 |
| 6. 33% interest in Grosic Inc., an Illinois corporati | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 7. 1991 Mercedes-Benz 350SDL | 3,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 3,000.00 |
| 8. Volvo Class 8 Tractor (u) | 6,000.00 | 6,000.00 | | 6,000.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.09 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $10,923.63 | $6,000.00 | | $6,000.09 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $4,923.63 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 26, 2013, 08:13 am Chase Bank had a second position behind a LaSalle $50,000  Chase's original loan was
358,500, no paymnts have been received in years.   Deficiency claim is good.
April 29, 2013, 08:47 am Final Report to be filed in May 2013;

LFORM1EX  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                                    Ver: 17.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 11-43026 | Judge: PAMELA S. HOLLIS |
| Case Name: | GROSIC, MIRSAD | |
| | GROSIC, SAMKA | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 10/24/11 (f) |
| 341(a) Meeting Date: | 11/21/11 |
| Claims Bar Date: | 01/15/13 |

August 9, 2012. The Debtors bought the Volvo from the estate for $6,000. I have received the final payment. The estate is ready for closing in the third quarter of 2013.

Initial Projected Date of Final Report (TFR): 09/30/13     Current Projected Date of Final Report (TFR): 09/30/13

_____   Date: _____
RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-43026 -PSH | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- |
| Case Name: | GROSIC, MIRSAD | | Bank Name: | ASSOCIATED BANK |
| | GROSIC, SAMKA | | Account Number / CD #: | *******8554 Checking Account |
| Taxpayer ID No: | *******5067 | | | |
| For Period Ending: | 10/17/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 4,986.38 | | 4,986.38 |
| 08/30/12 | 8 | Mirsad Grosic | | 1229-000 | 1,000.00 | | 5,986.38 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.69 | 5,982.69 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.81 | 5,978.88 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.69 | 5,975.19 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.81 | 5,971.38 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,961.38 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,951.38 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,941.38 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,931.38 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,921.38 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,911.38 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,901.38 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,891.38 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,881.38 |

| | COLUMN TOTALS | 5,986.38 | 105.00 | 5,881.38 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | 4,986.38 | 0.00 | |
| | Subtotal | 1,000.00 | 105.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 1,000.00 | 105.00 | |

Page Subtotals 5,986.38 105.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 11-43026 -PSH | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | GROSIC, MIRSAD | | Bank Name: | BANK OF AMERICA, N.A. |
| | GROSIC, SAMKA | | Account Number / CD #: | *******9713 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5067 | | | |
| For Period Ending: | 10/17/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/26/12 | 8 | Misad Grosic | | 1129-000 | 1,000.00 | | 1,000.00 |
| 04/27/12 | 8 | Mirsad Grosic | | 1229-000 | 1,000.00 | | 2,000.00 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,000.01 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.27 | 1,998.74 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,998.76 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.50 | 1,996.26 |
| 06/05/12 | 7 | Mirsad Grosic | | 1129-000 | 1,000.00 | | 2,996.26 |
| 06/29/12 | 6 | NDR Report FiledMirsad Grosic | | 1129-000 | 1,000.00 | | 3,996.26 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,996.28 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.27 | 3,993.01 |
| 07/27/12 | 8 | Mirsad Groxic | | 1229-000 | 1,000.00 | | 4,993.01 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,993.04 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.03 | 4,988.01 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 4,988.02 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 1.64 | 4,986.38 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 4,986.38 | 0.00 |

Page Subtotals     5,000.09     5,000.09

UST Form 101-7-TFR (5/1/2011) (Page: 6)

LFORM24

Ver: 17.03a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| | |
|---|---|
| Case No: 11-43026 -PSH | Trustee Name: RONALD R. PETERSON |
| Case Name: GROSIC, MIRSAD | Bank Name: BANK OF AMERICA, N.A. |
| GROSIC, SAMKA | Account Number / CD #: *******9713 Money Market Account (Interest Earn |
| Taxpayer ID No: *******5067 | |
| For Period Ending: 10/17/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 5,000.09 | 5,000.09 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,986.38 | |
| Subtotal | 5,000.09 | 13.71 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.09 | 13.71 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8554 | 1,000.00 | 105.00 | 5,881.38 |
| Money Market Account (Interest Earn - ********9713 | 5,000.09 | 13.71 | 0.00 |
| | 6,000.09 | 118.71 | 5,881.38 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 17, 2013 |

Case Number: 11-43026
Debtor Name: GROSIC, MIRSAD

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Catalyst Interventions, LLC<br>PO Box 59440<br>Chicago, IL 60659 | Unsecured | Filed 06/14/12 | $16,976.78 | $0.00 | $16,976.78 |
| 000002<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>Bank of America NA/MBNA Amer Bk NA<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | Filed 11/05/12 | $7,269.47 | $0.00 | $7,269.47 |
| 000003<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>Bank of America NA/MBNA Amer Bk NA<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | Filed 11/05/12 | $16,233.38 | $0.00 | $16,233.38 |
| 000004<br>070<br>7100-00 | FIFTH THIRD BANK<br>9441 LBJ FREEWAY,SUITE 350<br>DALLAS,TEXAS 75243 | Unsecured | Filed 11/08/12 | $16,927.40 | $0.00 | $16,927.40 |
| 000005<br>070<br>7100-00 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | Unsecured | Filed 12/18/12 | $295,378.62 | $0.00 | $295,378.62 |
| 000006<br>070<br>7100-00 | PYOD, LLC its successors and assigns as assignee<br>of FNBM LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | Filed 01/10/13 | $183.61 | $0.00 | $183.61 |
| | Case Totals: | | | $352,969.26 | $0.00 | $352,969.26 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-43026 PSH
Case Name: GROSIC, MIRSAD
              GROSIC, SAMKA
Trustee Name: RONALD R. PETERSON

Balance on hand                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____
Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

   The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

   Timely claims of general (unsecured) creditors totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  percent, plus interest (if applicable).

   Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Catalyst Interventions, LLC<br>PO Box 59440<br>Chicago, IL 60659 | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A.<br>Bank of America NA/MBNA Amer Bk NA<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ | $ | $ |
| 000003 | FIA CARD SERVICES, N.A.<br>Bank of America NA/MBNA Amer Bk NA<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ | $ | $ |
| 000004 | FIFTH THIRD BANK<br>9441 LBJ FREEWAY,SUITE 350<br>DALLAS,TEXAS 75243 | $ | $ | $ |
| 000005 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | PYOD, LLC its successors and assigns as assignee of FNBM LLC Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*