UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
GROSIC, MIRSAD § Case No. 11-43026 PSH
GROSIC, SAMKA §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/03/2013 in Courtroom 644,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/29/2013                By: UNITED STATES BANKRUPTCY
                                              COURT
                                                          Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                              §
                                    §
GROSIC, MIRSAD                      §       Case No. 11-43026 PSH
GROSIC, SAMKA                       §
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,000.09 |
| and approved disbursements of | $ | 118.71 |
| leaving a balance on hand of[1] | $ | 5,881.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 1,350.01 | $ 0.00 | $ 1,350.01 |
| Trustee Expenses: RONALD R. PETERSON | $ 4.78 | $ 0.00 | $ 4.78 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,354.79 |
| Remaining Balance | | $ | 4,526.59 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 352,969.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Catalyst Interventions, LLC<br>PO Box 59440<br>Chicago, IL 60659 | $ 16,976.78 | $ 0.00 | $ 217.72 |
| 000002 | FIA CARD SERVICES, N.A.<br>Bank of America NA/MBNA Amer Bk NA<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 7,269.47 | $ 0.00 | $ 93.23 |
| 000003 | FIA CARD SERVICES, N.A.<br>Bank of America NA/MBNA Amer Bk NA<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 16,233.38 | $ 0.00 | $ 208.18 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | FIFTH THIRD BANK<br>9441 LBJ FREEWAY,SUITE 350<br>DALLAS,TEXAS 75243 | $ 16,927.40 | $ 0.00 | $ 217.08 |
| 000005 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | $ 295,378.62 | $ 0.00 | $ 3,788.03 |
| 000006 | PYOD, LLC its successors and assigns as assignee<br>of FNBM LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 183.61 | $ 0.00 | $ 2.35 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 4,526.59 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
                                Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Mirsad Grosic  
Samka Grosic  
     Debtors

Case No. 11-43026-PSH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: cmendoza1      Page 1 of 2      Date Rcvd: Oct 30, 2013  
                    Form ID: pdf006      Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2013.

```
db/jdb       +Mirsad Grosic,   Samka Grosic,    1860 Parkside Dr.,    Apt. A1,    Park Ridge, IL 60068-1048
17961356    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC  27410)
17961355     #Bank of America,    Po Box 17054,    Wilmington,, DE  19850-7054
19032719     +Catalyst Interventions, LLC,    PO Box 59440,    Chicago, IL 60659-0440
17961358     +Chase Bank,    PO BOX 15298,    Wilmington, DE 19850-5298
17961359     +Chase Home Finance LLC,    Po Box 24696,    Colombus, OH 43224-0696
17961360     +Chase/Bank One Card Service,    P.O. Box 15298,    Wilmington, DE 19850-5298
19658730      FIA CARD SERVICES, N.A.,    Bank of America NA/MBNA Amer Bk NA,    4161 Piedmont Parkway,
              NC4 105 03 14,    Greensboro, NC 27410
19669857     +FIFTH THIRD BANK,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
17961362     +Fifth Third Bank,    5050 Kingsley Dr.,    Cincinnati, OH 45227-1115
17961352     +Grosic Mirsad,    1860 Parkside Dr,    Apt A1,    Park Ridge, IL 60068-1048
17961353     +Grosic Samka,    1860 Parkside Dr,    Apt A1,    Park Ridge, IL 60068-1048
17961364     +Home Depot,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
17961354     +Idrizi & Associates,    1300 W Higgins Rd 214,    Park Ridge, IL 60068-5766
19825657      JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
              Rochester, MI  48308-0730
18956518     +Law Offices of Brian S. Glass,    P.O. Box 59440,    Chicago, IL 60659-0440
17961366      Receivables Performance,    1930 220 St., Ste 101,    Lynwood, WA  98036
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17961361     +E-mail/Text: creditonebknotifications@resurgent.com Oct 31 2013 00:39:27     Credit One Bank,
              P.O. Box 98872,    Las Vegas, NV 89193-8872
17961363     +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2013 00:42:06      Gemb /Sams Club,    Po Box 965005,
              Orlando, FL 32896-5005
18184474      E-mail/Text: ECF@SHERMETA.COM Oct 31 2013 00:45:40      JPMorgan Chase Bank, N.A.,
              c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI  48308-0908
17961365      E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2013 00:45:21     Midland Credit Managment,
              8875 Aero Dr., Ste 2,    San Diego, CA  92123-2255
19901772     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2013 00:41:46
              PYOD, LLC its successors and assigns as assignee,    of FNBM LLC,    Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18333180*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    4161 Piedmont Pkwy,    Greensboro,NC 27410)
17961357*     Bank Of America,    P.O. Box 17054,    Wilmington, DE  19850-7054
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2013                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

Case 11-43026 Doc 34 Filed 10/30/13 Entered 11/01/13 23:40:59 Desc Imaged
Certificate of Notice Page 7 of 7

```
District/off: 0752-1          User: cmendoza1             Page 2 of 2             Date Rcvd: Oct 30, 2013
                              Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2013 at the address(es) listed below:

          Jeffrey E Miszczyszyn    on behalf of Joint Debtor Samka  Grosic jeffmisz@yahoo.com
          Jeffrey E Miszczyszyn    on behalf of Debtor Mirsad  Grosic jeffmisz@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald  Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
           lraiford@jenner.com
          Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                                  TOTAL: 5