# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                      §
                                            §
GROSIC, MIRSAD                              §        Case No. 11-43026 PSH
GROSIC, SAMKA                               §
                                            §
_____Debtor(s)_____         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/RONALD R. PETERSON _____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R PETERSON | | | | | |
| RONALD R PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America 4161 Piedmont Pkwy Greensboro, NC  27410 | | | | | |
| | Bank Of America P.O. Box 17054 Wilmington, DE 19850-7054 | | | | | |
| | Bank of America Po Box 17054 Wilmington,, DE 19850-7054 | | | | | |
| | Chase Bank USA PO BOX 15298 Wilmington, DE 19850 | | | | | |
| | Chase Home Finance LLC Po Box 24696 Colombus, OH 43224 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase/Bank One Card Service P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Fifth Third Bank 5050 Kingsley Dr. Cincinnati, OH 45263 | | | | | |
| | Gemb /Sams Club Po Box 965005 Orlando, FL 32896 | | | | | |
| | Home Depot P.O. Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Midland Credit Managment 8875 Aero Dr., Ste 2 San Diego, CA 92123-2255 | | | | | |
| | Receivables Performance 1930 220 St., Ste 101 Lynwood, WA 98036 | | | | | |
| 000001 | CATALYST INTERVENTIONS, LLC | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | FIFTH THIRD BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-43026 | Judge: PAMELA S. HOLLIS |
|---|---|---|
| Case Name: | GROSIC, MIRSAD | |
| | GROSIC, SAMKA | |
| For Period Ending: | 01/10/14 | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 10/24/11 (f) |
| 341(a) Meeting Date: | 11/21/11 |
| Claims Bar Date: | 01/15/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Chase checking account for Grosic Inc., 1319 | 808.09 | 0.00 | | 0.00 | 0.00 | 0.00 | 808.09 |
| 2. Chase checking account, 2039. | 608.25 | 0.00 | | 0.00 | 0.00 | 0.00 | 608.25 |
| 3. Chase checking account, 5039 | 57.29 | 0.00 | | 0.00 | 0.00 | 0.00 | 57.29 |
| 4. Miscellaneous household items. | 250.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 250.00 |
| 5. Debtors' wardrobes. | 200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 200.00 |
| 6. 33% interest in Grosic Inc., an Illinois corporati | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 7. 1991 Mercedes-Benz 350SDL | 3,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 3,000.00 |
| 8. Volvo Class 8 Tractor (u) | 6,000.00 | 6,000.00 | | 6,000.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.09 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $10,923.63 | $6,000.00 | | $6,000.09 | $0.00 | $0.00 | $4,923.63 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 26, 2013, 08:13 am Chase Bank had a second position behind a LaSalle $50,000 Chase's original loan was

358,500, no paymnts have been received in years. Deficiency claim is good.

April 29, 2013, 08:47 am Final Report to be filed in May 2013;

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-43026   Judge: PAMELA S. HOLLIS | Trustee Name: | RONALD R. PETERSON |
| Case Name: | GROSIC, MIRSAD | Date Filed (f) or Converted (c): | 10/24/11 (f) |
| | GROSIC, SAMKA | 341(a) Meeting Date: | 11/21/11 |
| | | Claims Bar Date: | 01/15/13 |

August 9, 2012.  The Debtors bought the Volvo from the estate for $6,000.  I have received the final payment.  The estate is ready for closing in the third quarter of 2013.

Initial Projected Date of Final Report (TFR): 09/30/13        Current Projected Date of Final Report (TFR): 09/30/13

_____ Date: _____
RONALD R. PETERSON

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-43026  -PSH |
| Case Name: | GROSIC, MIRSAD |
| | GROSIC, SAMKA |
| Taxpayer ID No: | *******5067 |
| For Period Ending: | 01/10/14 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8554  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 4,986.38 | | 4,986.38 |
| 08/30/12 | 8 | Mirsad Grosic | | 1229-000 | 1,000.00 | | 5,986.38 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.69 | 5,982.69 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.81 | 5,978.88 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.69 | 5,975.19 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.81 | 5,971.38 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,961.38 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,951.38 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,941.38 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,931.38 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,921.38 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,911.38 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,901.38 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,891.38 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,881.38 |
| 12/04/13 | 030001 | Ronald R Peterson | Trustee's compensation | 2100-000 | | 1,350.01 | 4,531.37 |
| | | Jenner & Block LLP | | | | | |
| | | 353 North Clark Street | | | | | |
| | | Chicago, Illinois 06054-34356 | | | | | |
| 12/04/13 | 030002 | Ronald R Peterson | Trustee Expenses | 2200-000 | | 4.78 | 4,526.59 |
| 12/04/13 | 030003 | Catalyst Interventions, LLC | | 7100-000 | | 217.72 | 4,308.87 |
| | | PO Box 59440 | | | | | |
| | | Chicago, IL 60659 | | | | | |
| 12/04/13 | 030004 | FIA CARD SERVICES, N.A. | | 7100-000 | | 93.23 | 4,215.64 |
| | | Bank of America NA/MBNA Amer Bk NA | | | | | |
| | | 4161 Piedmont Parkway | | | | | |
| | | NC4 105 03 14 | | | | | |
| | | Greensboro, NC 27410 | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 5,986.38 | 1,770.74 |

Page:   2

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 11-43026  -PSH | |
| Case Name: | GROSIC, MIRSAD | |
| | GROSIC, SAMKA | |
| Taxpayer ID No: | *******5067 | |
| For Period Ending: | 01/10/14 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8554  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/04/13 | 030005 | FIA CARD SERVICES, N.A.<br>Bank of America NA/MBNA Amer Bk NA<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | | 7100-000 | | 208.18 | 4,007.46 |
| 12/04/13 | 030006 | FIFTH THIRD BANK<br>9441 LBJ FREEWAY,SUITE 350<br>DALLAS,TEXAS 75243 | | 7100-000 | | 217.08 | 3,790.38 |
| 12/04/13 | 030007 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | (5-1) Deficiency Balance on a Mortgage<br>(5-1) 6619 | 7100-000 | | 3,788.03 | 2.35 |
| 12/04/13 | 030008 | PYOD, LLC its successors and assigns as assignee of FNBM LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | | 7100-000 | | 2.35 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,986.38 | 5,986.38 | 0.00 |
| Less:  Bank Transfers/CD's | 4,986.38 | 0.00 | |
| Subtotal | 1,000.00 | 5,986.38 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,000.00 | 5,986.38 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 4,215.64 |

Ver: 17.04b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 11-43026  -PSH |
|---|---|
| Case Name: | GROSIC, MIRSAD |
| | GROSIC, SAMKA |
| Taxpayer ID No: | *******5067 |
| For Period Ending: | 01/10/14 |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9713  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/26/12 | 8 | Misad Grosic | | 1129-000 | 1,000.00 | | 1,000.00 |
| 04/27/12 | 8 | Mirsad Grosic | | 1229-000 | 1,000.00 | | 2,000.00 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,000.01 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.27 | 1,998.74 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,998.76 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.50 | 1,996.26 |
| 06/05/12 | 7 | Mirsad Grosic | | 1129-000 | 1,000.00 | | 2,996.26 |
| 06/29/12 | 6 | NDR Report FiledMirsad Grosic | | 1129-000 | 1,000.00 | | 3,996.26 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,996.28 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.27 | 3,993.01 |
| 07/27/12 | 8 | Mirsad Groxic | | 1229-000 | 1,000.00 | | 4,993.01 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,993.04 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.03 | 4,988.01 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 4,988.02 |
| 08/09/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 1.64 | 4,986.38 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 4,986.38 | 0.00 |

Page Subtotals        5,000.09        5,000.09

Ver: 17.04b

FORM 2

Page:    4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:           11-43026 -PSH
Case Name:      GROSIC, MIRSAD
                        GROSIC, SAMKA
Taxpayer ID No:  *******5067
For Period Ending: 01/10/14

Trustee Name:      RONALD R. PETERSON
Bank Name:         BANK OF AMERICA, N.A.
Account Number / CD #:      *******9713  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,000.09 | 5,000.09 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 4,986.38 | |
| | | | Subtotal | | 5,000.09 | 13.71 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,000.09 | 13.71 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******8554 | 1,000.00 | 5,986.38 | 0.00 |
| Money Market Account (Interest Earn - ********9713 | 5,000.09 | 13.71 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 6,000.09 | 6,000.09 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                          0.00                    0.00

Ver: 17.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*